IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.B. and C.A.-O., on behalf of a minor, J.B., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| SCHOOL DISTRICT OF PHILADELPHIA | ) ) |
| Defendant. | ) ) ) |

Case No. 2:21-cv-4743-AB

**RULE 41 STIPLATION OF DISMISSAL**

Plaintiffs in the above-captioned file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Parties, by and through undersigned counsel, hereby stipulate to its dismissal of the matter.

It is so stipulated this 27th day of January, 2022.

Respectfully Submitted,

*/s/Kathleen Metcalfe*
Kathleen Metcalfe (PA ID 89135)
Raffaele & Associates, LLC
1230 County Line Road
Bryn Mawr, PA 19010
(610) 922-4200
(610) 646-0888 [fax]
Katie@MyKidsLawyer.com

*/s/ Beth Shore*
Beth Shore (PA ID 312019)
Fox Rothschild, LLP
10 Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 397-2008
(610) 397-0450 [fax]
BShore@foxrothschild.com